UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: STECKLOW & THOMPSON - 2334

ASHMID & STANDISH

Plaintiff(s)

Index #: 16 CV 4276

- against -

Date Filed:

THE CITY OF NEW YORK ET AL

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CECIL HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 29, 2016 at 01:04 PM at

102ND PRECINCT
87-34 118TH ST
RICHMOND HILL, NY 11418

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on GURVINDER BACCHAL, POLICE OFFICER, the defendant/respondent therein named,

**SUITABLE AGE**  by delivering thereat a true copy/copies of each to MR. GARRARD a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as being AUTHORIZED to accept for the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 42 | 5'8 | 170 |

**MAILING**  Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

102ND PRECINCT
87-34 118TH ST
RICHMOND HILL, NY 11418

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 29, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**  Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  June 29, 2016

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY  10007

CECIL HOLLOWAY
License #: 1104105
Docket #:    *993116*