UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

EASHWAR ASHMID and BESHAM STANDISH,

                INDEX #:16CV4053(LDH)(SMG)

          PLAINTIFFS,        Notice of Appearance

    vs.

THE CITY OF NEW YORK, NYPD PO KENNETH
DOUGLAS, NYPD PO BACHAL,  and "John Doe"
Police Officers 1-15,

          DEFENDANTS.
_____

    PLEASE TAKE NOTICE that the undersigned's law office, STECKLOW & THOMPSON, has been retained by the Plaintiffs in this matter, and the undersigned hereby appears in the above-entitled action as co-counsel for all Plaintiffs, and requests that copies of all papers in this action be served upon the undersigned via ECF and/or at the office and post office address stated below.  No actual contact information for the undersigned has changed.

Dated: August 2, 2016
        New York, New York

                                       Wylie M. Stecklow
                                       STECKLOW & THOMPSON
                                       217 Centre Street, 6th Flr
                                       New York, New York 10013
                                       Phone: (212) 566-8000
                                       Fax:   (212) 202-4952
                                       ecf@sctlaw.nyc
                                       ATTORNEY FOR PLAINTIFF